UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF07040 (rev 04/2008)

In Re:

Dawn Marie Alderson
    SSN: xxx–xx–5828    EIN: NA

Debtor(s)

Case Number:
**05–32914–BHL–7**

## ORDER IN NO ASSET CASE

In reliance upon the Trustee's Report of No Distribution, the Court finds that the property of the estate, if any, should be abandoned and that secured creditors with nonavoidable, perfected security interests in any such property should be granted limited relief from the automatic stay as more specifically set forth hereinafter.

THEREFORE, it is ORDERED that the scheduled property of the estate, if any, shall be, and hereby is, abandoned; and it is

FURTHER ORDERED that secured creditors with nonavoidable, perfected security interests in any such property shall be, and hereby are, granted limited relief from the automatic stay to pursue their valid claims against such property in accordance with applicable law; and it is

FINALLY ORDERED that the Trustee is hereby discharged of his/her trust in the above–captioned case.

THE AUTOMATIC STAY REMAINS IN FULL FORCE AND EFFECT EXCEPT AS SPECIFICALLY SET FORTH HEREINABOVE.

Dated:  August 7, 2009

JUDGE BASIL H. LORCH III
U.S. BANKRUPTCY COURT